# Lawlor & Englert, LLC

**6305 Ivy Lane, Suite 608**                                                                     **301.474.3404**
**Greenbelt, Maryland 20770**                                                           **301.474.3406 (fax)**

November 12, 2010

The Honorable Marvin J. Garbis
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Via ECF

      **Re:**   *United States v. Rolando Stockton*, MJG-99-352

Dear Judge Garbis:

      On August 13, 2010, I wrote to the Court and requested that the Court reopen Mr. Stockton's evidentiary hearing regarding the issue of whether trial counsel Godwin Oyewole was ineffective in counseling Mr. Stockton as to the wisdom of accepting a plea offer.   As we noted in August, we hope the Court will permit us to reopen the evidentiary hearing in this case to allow Mr. Stockton to present testimony from Mr. Purpura as to the issue of Mr. Oyewole's ineffectiveness in his advice regarding the likely sentence at the conclusion of a trial and whether Mr. Stockton should have accepted a plea offer in this case.

                                     Sincerely,

                                     /s/

                                     Michael E. Lawlor
                                     Andrew R. Szekely

cc:   Andrea Smith, Esq. via ECF
       James Warwick, Esq. via ECF