IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.

ROLANDO STOCKTON,

   *Defendant*.

Criminal No. ELH-99-0352
Related Civil No.: ELH-20-01799

**ORDER**

Rolando Stockton has failed to respond to the court's show cause order dated May 4, 2022 (ECF 693). Therefore, it is hereby ORDERED, this 13th day of June, 2022:

1. The § 2255 petition filed on June 11, 2020 (ECF 647) is DISMISSED, without prejudice; and

2. The Clerk shall CLOSE civil action no. ELH-20-01799.

                /s/
                Ellen L. Hollander
                United States District Judge

cc:  Rolando Stockton